IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sherinda E. Key,            Case No. 3:10 CV 1599

         Plaintiff,          O R D E R

         -vs-          JUDGE JACK ZOUHARY

Crown Cork & Seal,

         Defendant.

The Court has reviewed the Report and Recommendation ("R&R") of Magistrate Judge Vernelis Armstrong (Doc. No. 14). Under the relevant statute (28 U.S.C. § 636(b)(1)):

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

In this case, the fourteen-day period has elapsed and no objections have been filed. The failure to file written objections constitutes a waiver of a *de novo* determination by the district court of an issue covered in the R&R. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

This Court adopts the R&R (Doc. No. 14) in its entirety.

IT IS SO ORDERED.

                                   s/ *Jack Zouhary*
                                   JACK ZOUHARY
                                   U. S. DISTRICT JUDGE

May 2, 2011